IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Sandra Rinehart, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:04-cv-819 |
| v. | : | Judge Smith |
| Bagshaw Enterprises, KFC/A&W, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

Counsel for the parties report that this case is settled.  On August 12, 2005, plaintiff filed a notice of dismissal with prejudice, which the Court treats as a motion to dismiss with prejudice under Rule 41(a)(2), Fed. R. Civ. P.

The Clerk of Court is DIRECTED to enter JUDGMENT dismissing this case with prejudice. The Court retains jurisdiction for purposes of enforcing the Agreement and General Release.  Each party bears its own costs.

/S/ George C. Smith
George C. Smith
United States District Judge