# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

**Sandra Rinehart, et al,**

        **Plaintiff,**

-vs-                                                  **Case No. C-2-04-819**

**Bagshaw Enterprises, KFC/A&W,**

        **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to an Order dated August 17, 2005, the case is DISMISSED with prejudice. The Court retains jurisdiction for purpose of enforcing the Agreement and General Release.

Date: August 18, 2005                        JAMES BONINI, CLERK

                                                  By: s/Lisa V. Wright, Deputy Clerk